**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

**CIVIL ACTION NO. 04-561-JBC**

**BILLY J. MAYES,**                                                                                                                **PLAINTIFF,**

**V.**                      **MEMORANDUM OPINION AND ORDER**

**HARTFORD COMPREHENSIVE BENEFITS
SERVICES COMPANY, ET AL.,**                                                      **DEFENDANTS.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court on the motion of the plaintiff, Billy J. Mayes, to amend his complaint. The court, having reviewed the record and being otherwise sufficiently advised, will grant the motion.

The plaintiff seeks to amend his complaint to include a claim against Hartford Comprehensive Benefit Services Company ("Hartford"), as plan administrator, under ERISA § 502(c)(1) for Hartford's failure to provide documents to him. The defendant opposes this motion, asserting that the claim could not survive a motion to dismiss because Hartford is not the plan administrator for the long-term disability program. The plaintiff replied that, while the defendants correctly note the short-term disability plan booklet lists Waste Management as the plan administrator instead of Hartford, the defendant's response does not discuss the long-term disability plan at issue in the new claim. Consequently, the plaintiff argues that Hartford has not shown that the plaintiff is not entitled to relief and that he should be permitted to amend his complaint.

Generally, leave to amend is granted freely in accordance with Federal Rule of

Civil Procedure 15. Since the defendant has not shown that the plaintiff's additional claim would be subject to dismissal under Rule 12(b)(6) and has not articulated some other reason that the motion to amend should not be granted, such as undue prejudice to the defendant, the plaintiff should be permitted to amend his compliant. Accordingly,

**IT IS ORDERED** that the plaintiff's motion to amend his complaint (DE 9) is **GRANTED**. The amended complaint is deemed filed as of the date of entry of this order. The defendant shall answer the complaint in accordance with the local rules.

Signed on May 2, 2005

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY